LAW OFFICES OF LARRY L. BAUMBACH
LARRY L. BAUMBACH (50086)
2531 Forest Avenue, Suite 100
Chico, California 95928
Telephone: (530) 891-6222
E-mail: llblaw@sandpipernet.com

LAW OFFICE OF JENNIFER L. NEWKIRK
JENNIFER L. NEWKIRK. (320335)
2531 Forest Avenue, Suite 100
Chico, California 95928
Telephone: (530) 213-1375
E-mail: jennifer@jennifernewkirklaw.com

Attorneys for Plaintiff
JENNIFER ROLLINS

WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail:  mlyftogt@wilsonturnerkosmo.com

Attorney for Defendant
UNITED HEALTHCARE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ROLLINS,<br><br>            Plaintiff,<br><br>        v.<br><br>UNITED HEALTHCARE SERVICES, INC. dba UNITED HEALTH GROUP; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 21-cv-01023-TLN-DMC<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; PROPOSED ORDER THEREON**<br><br>Judge:            Hon. Troy L. Nunley<br>Courtroom:     2<br><br>Magistrate:     Hon. Dennis M. Cota<br><br>Complaint Filed: May 4, 2021 |

///

///

///

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER;
ORDER THEREON

**TO THE HONORABLE COURT:**

**WHEREAS** the Court issued an Initial Pretrial Scheduling Order on June 9, 2021 (Docket No. 4) (the "Scheduling Order").

**WHEREAS** Defendant UNITED HEALTHCARE SERVICES, INC. ("Defendant") filed a Motion to Compel Arbitration on August 5, 2021 (Docket No. 5).

**WHEREAS** the Motion to Compel Arbitration was fully briefed on September 9, 2021, and is currently under submission.

**NOW THEREFORE** Defendant and Plaintiff JENNIFER ROLLINS ("Plaintiff", collectively with Defendant, the "Parties") jointly move for a one hundred twenty day continuance of the dates set in the Court's June 9, 2021 Initial Pretrial Scheduling Order (Docket No. 4).  Good cause supports this request as the Parties are still awaiting a ruling on Defendant's Motion to Compel Arbitration (Docket No. 5)

The Parties therefore jointly move to modify the Scheduling Order as follows:

| EVENT | CURRENT DEADLINE | JOINTLY REQUESTED DATE |
|---|---|---|
| Non-Expert Discovery Cut off | February 3, 2022 | June 3, 2022 |
| Initial Expert Disclosures | April 4, 2022 | August 2, 2022 |
| Rebuttal Expert Disclosures | May 4, 2022 | September 1, 2022 |
| Supplemental Discovery | July 1, 2022 | October 28, 2022 |
| Last Day to file Dispositive Motions | August 2, 2022 | November 30, 2022 |

Dated:     January 5, 2022     **LAW OFFICES OF LARRY L. BAUMBACH**

By:     /s/ *Larry L. Baumbach* (as authorized on 01/05/22)
        LARRY L. BAUMBACH

**LAW OFFICE OF JENNIFER L. NEWKIRK**
JENNIFER L. NEWKIRK

Attorneys for Plaintiff
JENNIFER ROLLINS

-2-     Case No. 21-cv-01023-TLN-DMC

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER;
ORDER THEREON

1  Dated:    January 5, 2022        **WILSON TURNER KOSMO LLP**

2

3                                         By:    _/s/ Marissa L. Lyftogt_
                                                MARISSA L. LYFTOGT
4                                              Attorney for Defendant
                                               UNITED HEALTHCARE SERVICES. INC.
5

6

7                                        **ORDER**

8          **IT IS HEREBY ORDERED** that all dates set forth in the Court's June 9, 2021

9   Initial Pretrial Scheduling Order (Docket No. 4) are continued for one hundred

10  twenty-days as presented in the Parties' Joint Stipulation to Modify Pre-Trial

11  Scheduling Order.

12

13  Dated:  January 5, 2022

14                                              _____
                                                Troy L. Nunley
15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -3-      Case No. 21-cv-01023-TLN-DMC

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER;
ORDER THEREON